## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
```
| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| FREELINC TECHNOLOGIES, INC., *et al.*, | § | Case No. 18-11254 (CSS) |
| | § | |
| | § | |
| DEBTOR. [1] | § | (Jointly Administered) |
| | § | |
```
-----------------------------------------------------x
```

## SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR FREELINC TECHNOLOGIES, INC. (CASE NO. 18-11254)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: FreeLinc Technologies, Inc. (8250); and FreeLinc Technologies, LLC (4199). The location of the Debtors' service address is 266 Washington Street, Sherborn, MA 01771.

{01331794;v1 }

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS OF FREELINC TECHNOLOGIES, INC.

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by FreeLinc Technologies, Inc. (the "Debtor") in this chapter 11 case (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") have been prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtor with the assistance of its legal counsel.

The Schedules and Statements have been prepared by the Debtor's management exercising best efforts to ensure accuracy and completeness.  The Schedules and Statements are unaudited and were prepared with data reasonably available as of June 5, 2018, or in the reasonable proximity thereof.  These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtor relied upon financial data and information derived from its books and records that was available at the time of such preparation.  The Schedules and Statements have been signed by the Debtor's President and Chief Executive Officer, Dr. Michael A. Abrams ("Dr. Abrams").  In reviewing and signing the Schedules and Statements, Dr. Abrams has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtor.  Dr. Abrams has not personally verified, and could not have personally verified, the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

The events leading up to the Petition Date and the facts and circumstances resulting in this Chapter 11 Case are set forth in the *Declaration of Michael Abrams in Support of Chapter 11 Petitions and First Day Motions* (Dated:  [Docket No. 7] (the "Abrams Declaration").

I.      Amendments to Schedules and Statements and General Reservation of Rights.

1)      While the Debtor's management has exercised best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist.  The Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

2)      Without limiting anything else expressly reserved herein, the Debtor reserves the right to dispute, or to assert offset or defenses to any claim reflected in the Schedules and/or Statements as to amount, liability and/or classification.  The Debtor also reserves all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in its Schedules and Statements.

3)      Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to this Chapter 11 Case, including but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under applicable sections of chapter 5 of the Bankruptcy Code and other applicable non-bankruptcy law to recover assets or avoid transfers.

II.        Basis of Presentation.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") nor are they intended to fully reconcile to the financial statements otherwise prepared and/or distributed by the Debtor.  The amounts set forth in the Schedules and Statements may differ in some respects from the financial statements of the Debtor and are not a basis for drawing conclusions concerning the Debtor's solvency or the specific dollar amount of disputed, contingent or unliquidated claims.

III.        General Assumptions.  The Debtor adopted the following conventions in the preparation of the Schedules and Statements:

1)        Reporting Date.  Unless otherwise indicated, all asset and liability information is listed as of May 24, 2018 (the "Petition Date").

2)        Book Value.

a)        Assets and liabilities of the Debtor are shown on the basis of the book value of the asset or liability in the Debtor's accounting books and records, unless otherwise noted, rather than the current market values of such interests in property and/or liabilities. Exceptions to this include operating cash, which is presented on the basis of bank balances. Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.

b)        Amounts shown for total assets and/or liabilities exclude items that are designated as "unliquidated" or identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3)        Payments.  Where specific payment dates are indicated in the Schedules and Statements, they relate to one of the following: (a) the date of a wire transfer, (b) the date of an Automated Clearing House ("ACH") payment, (c) the date of another form of electronic payment, or (d) the check-issuance date.

4)        Insiders.  For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the follow: (a) directors; (b) officers; (c) relatives of the Debtor's directors and officers; and (d) affiliates of the Debtor.

Persons listed as "insiders" have been included for information purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtor's; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual is an "insider" under applicable law, including federal securities law.

5)        Estimates.  To prepare and file the Schedules and Statements after the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

6)        Causes of Action.  Despite its reasonable efforts to identify all known assets, the Debtor may not have set forth all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy law to recover assets. The Debtor reserves all of its rights with respect to any claims, causes of action or avoidance actions it

may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action or avoidance actions or in any way prejudice or impair the assertion of such claims, causes of action or avoidance actions.

7)      Intellectual Property Rights. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

8)      Property and Equipment – owned. Depreciation and amortization expense for principal asset classifications are calculated on a straight-line basis.

9)      Accounts Receivable and Accounts Payable. Accounts receivable are presented net of an allowance for doubtful accounts, but without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff rights or collateral held by the Debtor, unless otherwise stated. Likewise, accounts payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff rights or collateral that has been posted on behalf of the counterparty.

10)      Claims Description. The Debtor's decision to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" is subject to review at any time as permitted by the Bankruptcy Code. The Debtor reserves the right to subsequently amend its Schedules to designate a claim as "disputed," "contingent" or "unliquidated" in the event the Debtor determines that such claim is disputed, or subject to setoff rights, counterclaims or defenses as to amount, liability or classification.

11)      Court Order. On May 29, 2018, the Court entered an orders authorizing the Debtor to pay, among other things certain prepetition wages, salaries and benefits (Docket No. 16). Where the Schedules list creditors and set forth the Debtor's scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, not adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtor by the Bankruptcy Court. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtor's creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or Orders of the Bankruptcy Court.

12)      Excluded Assets and Liabilities. The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill. Additionally, other immaterial assets and liabilities may also have been excluded.

13)      Recharacterization. The Debtor has made reasonable efforts to correctly characterize, classify, categorize and designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements. However, the Debtor may have improperly characterized, classified, categorized or designated certain items. The Debtor thus reserves all of its rights to characterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

IV.      Schedules of Assets and Liabilities.

1)      Schedule A/B: Assets – Real and Personal Property.

a)      Part 1: Cash-account balances are per bank, rather than per book.

b)      Parts 7 and 8:  The value of the assets identified in these respective parts reflect their current depreciated value.

c)      Part 10: The intellectual property listed herein has not recently been valued.  Therefore, the current value of the Debtor's intellectual property is unknown.

In a series of transactions from April 2014 through November 2014, FreeLinc Technologies, Inc. LLC transferred its option to purchase all of Radeum's intellectual property (i.e. the NFMI rights) to the Debtor.  In return, FreeLinc Technologies, LLC received received 7,625,000 shares of a total of 10,000,000 shares of the Debtor's stock, valued a $1.00 per share.   Freelinc Technologies, LLC also transferred $100,000 worth of its liabilities to the Debtor.

d)      Part 11: The Debtor was granted an extension for its 2017 tax returns.

The Debtor lists its unused net operating loss (the "2016 NOL") based on the most recently calculated value from 2016. The Debtor has not completed a financial audit for the year ending December 31, 2017, but it is believed that such an audit could change the value of the 2016 NOL.

As noted in Part 3, Question 7.2 in the Statements, the Debtor was sued by Raisol Freedoom LLC ("Raisol") pre-petition for failure to repay a promissory note in New York Supreme Court.  Raisol has filed a motion for summary judgment in lieu of a complaint.  In response to such motion, the Debtor has alleged as a defense that the fees assessed by Raisol were criminally usury, among other defenses.

As noted above, despite reasonable efforts, the Debtor may not have identified and/or set forth all of their existing or potential causes of action against third parties as assets in the Schedules and Statements.  The Debtor reserves all of its rights with respect to any causes of action against third parties and nothing in the Schedules and Statements shall be deemed a waiver of any such causes of action.

2)      Schedule E/F: Creditors Who Have Unsecured Claims.

a)      General

i.   Certain of the scheduled amounts reflect amounts owed as of the Petition Date are not adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtor by the Bankruptcy Court.

ii.  Many of the claims listed arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list dates for certain claims listed on Schedule E/F.

{01331794;v1 }

        iii.    Any discrepancy between Schedule E/F and the list of the Debtor's top 20 creditors attached to the Debtor's petition results from the continued examination and analysis of the Debtor's books and records following the Petition Date.

    b)    <u>Part 1: Creditors with Priority Unsecured</u> Claims. Claim amounts are broken into two categories: "Total claim" and "Priority amount". The aggregate amounts listed for Schedule E/F in the Summary of Schedules for the Debtor reflects the total claim amount. The Debtor reserves the right to take the position that any claim listed on this schedule is not entitled to priority.

    c)    <u>Part 2: Creditors with Nonpriority Unsecured Claims</u>. The claims of individual creditors for, among other things, goods and services are listed in the amounts listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor. The Debtor reserves all rights respecting such credits or allowances.

    d)    <u>Note Holders</u>. Several of the nonpriority unsecured claims are identified as Note Holders (or "Lenders" as defined in the Abrams Declaration"). A substantial portion of these Note Holders hold debt that is convertible. However, a few of the Note Holders hold debt that is non-convertible. Interest on most of the notes is accruing, but some Note Holders have received quarterly interest payments. With the exception of the note held by Raisol Freedom LLC, all of the notes accrue interest at six percent. Raisol Freedom LLC's note accrues interest at a rate of fifteen percent. The Debtor disputes this amount. The total amount of each Note Holder's claim includes principal and accrued interest. Certain of the Note Holder purport to have a security interest in the Debtor's assets. Accordingly, this assertion is noted on Schedule D.

    3)    <u>Schedule G: Executory Contracts and Unexpired Leases</u>.

    a)    Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and/or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters or other documents, instruments or agreements which may not be listed therein. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease.

    b)    The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to a creditor's claim.

    c)    Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts

or agreements are not impaired by their omission.  Schedule G may be amended at any time to add any omitted contract or agreement.

        d)      For the purposes of Schedule G, contracts have been listed only where the Debtor is an actual party to the contract.  The omission of any contract from Schedule G to which the Debtor is an intended beneficiary shall not constitute a waiver of any rights the Debtor may have in that contract, including the right to enforce such contract or the right to recover damages in the event that there is a breach of such contract.

V.      <u>Statements of Financial Affairs</u>.

        a)      <u>Part 1</u>.  Non-business revenue is identified by the Debtor as all funds received from private lenders pursuant to certain Note Purchase Agreements (as explain in the Abrams Declaration) for purposes of Question 2.

        b)      <u>Part 7</u>.  The Debtor filed suit against Raisol Advisory, LLC and Raisol Freedom, LLC, as well as other third parties in the New York Supreme Court.  The claims asserted included criminal usury, breach of fiduciary duty and self-dealing.  However, because the Debtor was required to pay the attorneys' fees for the defendants' counsel, pursuant to the terms of the consulting agreement at issue, the Debtor dismissed the lawsuit without prejudice.   The Debtor has raised these claims as defenses to the litigation filed by Raisol Freedom, LLC, which is also identified in Question 7 of the Statements.

        c)      <u>Part 13</u>.  For purposes of Question 27, the inventories completed of the Debtor's property were completed on cost basis, on a cash flow assumption of last in and first out.

* * * END OF GLOBAL NOTES * * *

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FreeLinc Technologies, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 18-11254 (CSS) |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................  $ 11,877,604.48

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ 11,877,604.48

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ 0.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ 25,700.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................  +$ 7,943,290.38

4.  **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b
   $ 7,968,990.38

**Fill in this information to identify the case:**

Debtor name    **FreeLinc Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    18-11254 (CSS)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **JPMorgan Chase** | **Checking** | 5603 | $1,359.34 |
| 3.2.  **JPMorgan Chase** | **Checking** | 9327 | $7,303.06 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                  $8,662.40
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.  **National Benefits FSA Cafeteria Plan** | $2,186.60 |
|---|---|

Debtor    **FreeLinc Technologies, Inc.**
Name

Case number *(If known)* _____

| 8.2. | **Total Insurance D&O Policy** | $5,692.75 |
|---|---|---|

| 9. | **Total of Part 2.** | $7,879.35 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        1,186.61    -    1,186.61    = ....        $0.00
                    face amount            doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | $0.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Electronics and components of finished goods. | 5/31/2018 | $0.00 | Cost | $7,258.86 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** FreeMic, FreeMotion, various adapters, and accessories | 5/31/2018 | $0.00 | Cost | $159,403.78 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $166,662.64 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

Debtor    **FreeLinc Technologies, Inc.**                                Case number *(If known)* _____
             Name

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Computers and related equipment**

| | Unknown | Depreciated | $4,628.64 |
| --- | --- | --- | --- |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                          $4,628.64

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No.  Go to Part 9.
       ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **FreeLinc Technologies, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
   **Tooling located at manufacturing facility**      $4,168.45    Depreciated      $4,168.45

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $4,168.45 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents** | **Unknown** | | **Unknown** |
| **License FreeLinc Technologies Inc. - License for Patents.** | **Unknown** | **Depreciated** | **$5,741,216.00** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| Debtor | **FreeLinc Technologies, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$5,741,216.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**71.      Notes receivable**
Description (include name of obligor)

**72.      Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **Federal Unused Net Operating Loss** | Tax year | **2016** | **$4,085,264.00** |
|---|---|---|---|

**73.      Interests in insurance policies or annuities**

**74.      Causes of action against third parties (whether or not a lawsuit has been filed)**
**Malpractice suit against RPCK Rastegar Panchal, Chintan Panchal  - amount requested to be determined.**     $0.00

| Nature of claim | **Legal Malpractice** |
|---|---|
| Amount requested | **$0.00** |

**75.      Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Raisol Freedom LLC**     $1,859,123.00

| Nature of claim | **Criminal Usury** |
|---|---|
| Amount requested | **$1,859,123.00** |

**76.      Trusts, equitable or future interests in property**

**77.      Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FreeLinc Technologies, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

78.     **Total of Part 11.**                                                                                                              | **$5,944,387.00** |

Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **FreeLinc Technologies, Inc.**                           Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,662.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,879.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $166,662.64 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,628.64 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,168.45 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,741,216.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,944,387.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,877,604.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,877,604.48 |

Fill in this information to identify the case:

Debtor name **FreeLinc Technologies Inc.**

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): **18-11254**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below. — See Global Notes

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name _____

Creditor's mailing address _____
_____
_____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____  $_____  $_____
_____
_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____

Creditor's mailing address _____
_____
_____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____  $_____  $_____
_____
_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>FreeLinc Technologies, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td>18-11254 (CSS)</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Douglas Dobyns**<br>**351 W. 700 N.**<br>**Lindon, UT 84042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,850.00 | $12,850.00 |
| | Date or dates debt was incurred<br>**3/4/2016 - 6/5/2018** | Basis for the claim:<br>**Deferred Compensation and Bonuses** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Dr. Michael S. Abrams**<br>**266 Washington Street**<br>**Sherborn, MA 01770** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,850.00 | $12,850.00 |
| | Date or dates debt was incurred<br>**5/5/2014 - 6/5/2018** | Basis for the claim:<br>**Deferred Compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **FreeLinc Technologies, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ADT Security Services**<br>**3190 South Vaughn Way**<br>**Aurora, CO 80014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Building Alarm** | |
| | Last 4 digits of account number  **3233** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,554.08 |
|---|---|---|---|
| | **Bank of America**<br>**P.O. Box 982238**<br>**El Paso, TX 79998-2238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit Card** | |
| | Last 4 digits of account number  **9641** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,411.00 |
|---|---|---|---|
| | **Benjamin H. Ticho**<br>**555 North Elm Street**<br>**Hinsdale, IL 60521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Note Holder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,666.66 |
|---|---|---|---|
| | **Brigham Young University**<br>**A287 ASB**<br>**Provo, UT 84602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Research** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,859.00 |
|---|---|---|---|
| | **Cama SDIRA LLC FBO T170607-02 IRA**<br>**(Scott Lowe)**<br>**270 Barnhill Road**<br>**Perkasie, PA 18944** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Note Holder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Century Link**<br>**P.O. Box 29040**<br>**Phoenix, AZ 85038-9040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number  **7796** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,334.00 |
|---|---|---|---|
| | **Columbus Oda Krieg Trust**<br>**George Krieg Trustee**<br>**1204 Oak Street**<br>**Mount Carmel, IL 62863** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Note Holder** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,751.00**

**Daniel Bosecker**
**166 County Road 790 N**
**Ellery, IL 62833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102,335.00**

**Danny A. Bosecker Trust**
**166 County Road 790 N.**
**Ellery, IL 62833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117,318.00**

**David Gross**
**7530 Hawk Court**
**Schererville, IN 46375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102,335.00**

**Dean R. & Rhonda L. Colyer**
**P.O. Box 5**
**Albion, IL 62806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Note Holder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,900.70**

**Devine Barrows LLP**
**40 WAshington Street**
**Suite 200**
**Wellesley Hills, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Docusign**
**221 Main Street**
**Suite 1000**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subscription**

Last 4 digits of account number  **5977**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$487,149.79**

**Douglas Dobyns**
**351 W. 700 N.**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2016 - 6/5/2018**

Basis for the claim:  **Deferred Compensation and Bonuses**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,337.00 |
|---|---|---|---|

**Douglas Williams Family**
**8707 Crestwood Avenue**
**Munster, IN 46321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,300.00 |
|---|---|---|---|

**Dr. Michael S. Abrams**
**266 Washington Street**
**Sherborn, MA 01770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663,100.51 |
|---|---|---|---|

**Dr. Michael S. Abrams**
**266 Washington Street**
**Sherborn, MA 01770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5/2014 - 6/5/2018**

Last 4 digits of account number _

Basis for the claim:  **Deferred Compensation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dropbox**
**185 Berry Street**
**4th Floor**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**eFax**
**6922 Hollywood Blvd.**
**Suite 500**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4300**

Basis for the claim:  **Subscription**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,975.00 |
|---|---|---|---|

**Ellen Haebe**
**1553 N. Milwaukee Street**
**#157**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Endicia**
**278 Castro Street**
**Mountain View, CA 94041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5899**

Basis for the claim:  **Postage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,189.00**

**Equity Trust FBO Robert Gooch**
**751 West 550 South**
**Orem, UT 84058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102,335.00**

**Gary D. & Linda S. Kolb**
**10394 N. 1400 Boulevard**
**Mount Carmel, IL 62863**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,501.00**

**George Y. Wintle Trust**
**16 Lambert Drive**
**Mount Carmel, IL 62863**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,445.00**

**Godney Holdings LLC**
**6501 Red Hook Plaza**
**Suite 201**
**St Thomas, VI 00802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Google Cloud - Gsuite**
**1600 Ampitheatre Parkway**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9787**

Basis for the claim:  **Operating Expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Intuit Quickbooks**
**2700 Coast Avenue**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9280**

Basis for the claim:  **Subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Intuit Quickbooks**
**2700 Coast Avenue**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3840**

Basis for the claim:  **Subscription**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,085.00 |
|---|---|---|---|

**Jeffery D. & Sherri L. Spruell**
**17245 Friendsville Avenue**
**Mount Carmel, IL 62863**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,923.00 |
|---|---|---|---|

**John P. Winjum**
**7728 Viburnum Drive**
**Lincoln, NE 68516**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kent Bushman**
**1610 W 700 S**
**Lehi, UT 84043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,296.00 |
|---|---|---|---|

**Knobbe Martens Olson & Bear LLP**
**2040 Main Street, 14th Floor**
**Irvine, CA 92614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,795.00 |
|---|---|---|---|

**Mark K. Bratlien IRA**
**c/o Central Bank Custodian**
**182 Silverado Springs Drive**
**Napa, CA 94558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,034.00 |
|---|---|---|---|

**Mark Wankel Trust**
**1001 N. Market Street**
**Suite 209**
**Mount Carmel, IL 62863**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,315.00 |
|---|---|---|---|

**Martin Blank Jr.**
**11355 W. Olympic Blvd.**
**#300**
**Los Angeles, CA 90064**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358,169.00** |
|---|---|---|---|

**Mary's Alabaster Jar**
**Perpetual Charitable Foundation**
**1001 N. Market Street**
**Suite 209**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Merchant eSolution**
**12825 Mirabeau Parkway**
**Suite 101**
**Spokane, WA 99216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Processing**

Last 4 digits of account number  **0396**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MetLife**
**P. O. Box 804466**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Benefits**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74,926.00** |
|---|---|---|---|

**Mike Weprin**
**c/o Pensco Trust Comany**
**7596 Clear Creek Court**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**National Benefits - FSA**
**8523 South Redwood Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Benefits**

Last 4 digits of account number  **D002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**National Benefits Admin Fee**
**8523 South Redwood Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Benefits**

Last 4 digits of account number  **D002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,233.00** |
|---|---|---|---|

**Neal A. Wankel Irrevocable Trust**
**Mark Wankel Trustee**
**1001 N. Market Street**
**Suite 209**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Note Holder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **FreeLinc Technologies, Inc.**
Name

Case number *(if known)*

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,685.00** |
|---|---|---|---|

**Neil & Julia Goodwin Revocable Trust**
**33 Autumn Circle**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Note Holder**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,061.00** |
|---|---|---|---|

**NetSuite**
**2955 Campus Drive**
**Suite 250**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Customer Relation Management - Enterprise Resource Planning**

Last 4 digits of account number  **1947**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190,000.00** |
|---|---|---|---|

**Raisol Advisory LLC**
**2255 Centre Avenue**
**Bellmore, NY 11710**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Raisol Advisory LLC**
**2255 Centre Avenue**
**Bellmore, NY 11710**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Consulting Fees**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,859,123.00** |
|---|---|---|---|

**Raisol Freedom**
**70 East Old Country Road**
**Hicksville, NY 11801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Note Holder**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,106.56** |
|---|---|---|---|

**Rakower Law PLLC**
**488 Madison Avenue**
**18th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Legal Fees**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,167.00** |
|---|---|---|---|

**Randall R. Masterson Trust**
**6501 Dallas Road**
**Sumner, IL 62466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ☐

Basis for the claim:  **Note Holder**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,912.00 |
|---|---|---|---|

**Richard Propper**
**2310 El Cerito Court**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note Holder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**Richard Propper Consulting**
**2310 El Cerito Court**
**Punta Gorda, FL 33950**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Consulting Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**S & S Sales and Services**
**984 East 1250 North**
**Orem, UT 84097**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract Labor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,569.00 |
|---|---|---|---|

**S Hochschuler**
**4240 Prescott Avenue, 2F**
**Dallas, TX 75219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note Holder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Select Health**
**5381 S. Green St.**
**Salt Lake City, UT 84123**

Date(s) debt was incurred _
Last 4 digits of account number  __8342__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Benefits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentry Insurance**
**P.O. Box 8019**
**Stevens Point, WI 54481**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Workman's Comp Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,334.00 |
|---|---|---|---|

**Sherman Lee Weller Trust**
**1120 A Parrish Street**
**Mount Carmel, IL 62863**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Note Holder__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Squarespace**
**225 Varick Street**
**12th Floor**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Website

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $255,836.00 |
|---|---|---|---|

**Steven K. Smith Revocable Trust**
**P.O. Box 846**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stor'em Self Storage**
**1450 W. 800 N.**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51,167.00 |
|---|---|---|---|

**Tharp Investment**
**1031 N. Cherry Street**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $153,502.00 |
|---|---|---|---|

**Tharp Investment GP**
**1031 N. Cherry Street**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $117,531.00 |
|---|---|---|---|

**Thomas S. Bridges Revocable Trust**
**181 W. Madison Street**
**35th Floor**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Note Holder

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,548.89 |
|---|---|---|---|

**Thorpe North Western - Legal Fees**
**P.O. Box 1219**
**Sandy, UT 84091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thorpe Northwestern - Patent Annuities**
P.O. Box 1219
Sandy, UT 84091

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Patent Annuities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,432.00 |
|---|---|---|---|

**Todd & Ellen Haebe**
1553 N. Milwaukee Street
#157
Boise, ID 83704

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**uAttend**
2777 Loker Avenue
Carlsbad, CA 92010

Date(s) debt was incurred

Last 4 digits of account number  **7989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Operating Expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Verizon**
P. O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred

Last 4 digits of account number  **0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,035.00 |
|---|---|---|---|

**Wankel Bros. LLC**
1001 N. Market Street
Suite 209
Mount Carmel, IL 62863

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,374.19 |
|---|---|---|---|

**White Summers Caffee & James LLP**
805 SW Broadway
Suite 2440
Portland, OR 97205

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,167.00 |
|---|---|---|---|

**William H. Wheatcroft Trust**
8698 N. 1750 Lane
Mount Carmel, IL 62863

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **FreeLinc Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,167.00 |
|---|---|---|---|

**William Wheatcroft**
**8698 N. 1750 Lane**
**Mount Carmel, IL 62863**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note Holder**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 25,700.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,943,290.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,968,990.38 |

**Fill in this information to identify the case:**

Debtor name   **FreeLinc Technologies, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)   18-11254 (CSS)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining  **Renews June 1, 2018** | **Altium Design, PCB Design Software**<br>**4275 Executive Square**<br>**Suite 825**<br>**La Jolla, CA 92037** |
| List the contract number of any government contract  **n/a** | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining  **1 Month, Renews 7/1/2018** | **NetSuite**<br>**2955 Campus Drive**<br>**Suite 250**<br>**San Mateo, CA 94403** |
| List the contract number of any government contract  **n/a** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FreeLinc Technologies, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    18-11254 (CSS)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **FreeLinc Technologies, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) 18-11254 (CSS)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $41,348.00 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $154,988.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $305,864.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | **Promissory Notes** | $235,000.00 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | **Promissory Notes** | $1,061,000.00 |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | **Promissory Notes** | $1,775,000.00 |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **FreeLinc Technologies, Inc.** | Case number *(if known)* |
|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **S & S Sales**<br>**984 East 1250 North**<br>**Orem, UT 84097** | | **$7,380.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **FreeLinc Technologies, Inc. v. Raisol Advisory LLC et. al.**<br>**154220/2017** | **Criminal Usury, breach of fiduciary duty, self dealing** | **New York County Supreme Court**<br>**60 Centre St.**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **FreeLinc Technologies, Inc.** _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.    **Raisol Freedom LLC v. FreeLinc Technologies, Inc.**<br>**656918/2017** | **Summary Judgment in Lieu of Complaint** | **New York County Supreme Court**<br>**60 Centre St.**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Dragich Law Firm PLLC**<br>**170000 Kercheval Ave, Suite 210**<br>**Grosse Pointe, MI 48230** | | **4/6/2018**<br>**5/22/18** | **$35,000.00** |
| | Email or website address<br>**www.dragichlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor    **FreeLinc Technologies, Inc.** _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Ashby & Geddes PA 500 Delaware Avenue #8 Wilmington, DE 19801** | | **4/16/18 4/26/18** | **$10,934.00** |
| | **Email or website address www.ashbygeddes.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 4

| Debtor | FreeLinc Technologies, Inc. | Case number *(if known)* |
|---|---|---|

**Name, Address, Phone, Email of all customers**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Stor'em Self Storage<br>1450 W. 800 N.<br>Orem, UT 84057 | Jacob Fawson | Miscellaneous furniture, office partitions, excess packing supplies, file boxes and tradeshow displays | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | FreeLinc Technologies, Inc. | Case number *(if known)* |
|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jay Sorenson**<br>**S & S Sales & Services LLC**<br>**984 East 1250 North**<br>**Orem, UT 84097** | **3/16/2016 to Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **FreeLinc Technologies, Inc.**                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Lawrence Wolfe**<br>**Wolfe Accounting & Consulting PA**<br>**3300 Corporate Avenue, Suite 100**<br>**Weston, FL 33331** | **3/21/16 to 4/3/2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Roxane Wells**<br>**Stevenson Smith CPA's LLC**<br>**5255 North Edgewood Drive, Suite 375**<br>**Provo, UT 84604** | **2/1/18 to Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jay Sorenson**<br>**S & S Sales & Services LLC**<br>**984 East 1250 North**<br>**UT 84907** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Mountain Summit Advisors**<br>**1440 North 1400 East**<br>**Heber City, UT 84032** |
| 26d.2. **Seneca Partners**<br>**300 Park Street #400**<br>**Birmingham, MI 48009** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Jacob Fawson** | **3/30/2018** | **166,508.57** |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| **Diane Eller** | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **FreeLinc Technologies, Inc.**                                   Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | Jacob Fawson | 4/30/2018 | 166,662.64 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Diane Eller |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Michael S. Abrams | 266 Washington Street Sherborn, MA 01770 | CEO/Chairman, Note & Stock Holder | 8.10 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Thomas S. Bridges | 181 W. Madison Street, 35th Floor Chicago, IL 60606 | Director, Note & Stock Holder | 0.41 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Richard Propper | 2310 El Cerito Court Punta Gorda, FL 33950 | Director, Note & Stock Holder | 2.43 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Douglas Dobyns | 351 W. 700 N. Lindon, UT 84042 | Chief Technologies Officer | 8.10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dr. Michael S. Abrams 266 Washington Street Sherborn, MA 01770 | $78,750.00 | 5/19/2017 - 4/20/2018 | Salary |

| | Relationship to debtor |
|---|---|
| | President/CEO/Chairman |

| Debtor | FreeLinc Technologies, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Douglas Dobyns<br>351 W. 700 N.<br>Lindon, UT 84042 | $239,583.41 | 5/19/2017 -<br>4/20/18 | Salary |
| | **Relationship to debtor**<br>Chief Technology Officer | | | |
| 30.3. | Richard Propper<br>2310 El Cerito Court<br>Punta Gorda, FL 33950 | $42,000.00 | | Consulting Fees |
| | **Relationship to debtor**<br>Director | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June  7, 2018

/s/ Dr. Michael S. Abrams                    Dr. Michael S. Abrams
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes